United States Court of Appeals
Fifth Circuit

**F I L E D**

May 23, 2006

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 04-51009
Summary Calendar
_____

UNITED STATES OF AMERICA,

                                    Plaintiff-Appellee,

versus

MARK STEPHEN THOMPSON,

                                    Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Western District of Texas
USDC No. 6:00-CR-54-1
--------------------

Before JOLLY, DAVIS and OWEN, Circuit Judges.

PER CURIAM:[*]

    Mark Stephen Thompson appeals from the 18-month sentence
imposed following the revocation of his supervised release.
Thompson contends that the sentence was "plainly unreasonable"
because he committed only technical violations of supervised
release and because the district court failed to provide reasons
for its sentence.

    "In the absence of its being raised by a party, this court
is obliged to raise the subject of mootness sua sponte." Bailey

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

v. Southerland, 821 F.2d 277, 278 (5th Cir. 1987). Inmate records from the Federal Bureau of Prisons reflect that Thompson was released from federal custody on October 28, 2005, and he was not ordered to serve another term of supervised release. Accordingly, this court cannot provide Thompson with relief, and his APPEAL IS DISMISSED AS MOOT. See Lewis v. Continental Bank Corp., 494 U.S. 472, 477 (1990).